UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA    )
                            )
                            )    CIVIL ACTION NO.
                            )    13-10261-DPW
                            )
        v.                  )
                            )
LEONARD B. HARMON           )
                            )
        Defendant.          )
```

MEMORANDUM AND ORDER
October 7, 2013

This is an interlocutory appeal of the decision of the Magistrate Judge that the defendant is not entitled to the appointment of counsel in connection with his prosecution for a petty offense.

The guidance from the Supreme Court is plain, longstanding and unambiguous: if there is no prospect of imprisonment, a defendant is not entitled to counsel. *See generally Alabama* v. *Shelton*, 535 U.S. 654, 662 (2002); *Scott* v. *Illinois*, 440 U.S. 367, 373 (1979); *Argersinger* v. *Hamlin*, 407 U.S. 25, 33 (1972).

There is no prospect of a sentence of imprisonment here. The Magistrate Judge clearly referenced *Alabama* v. *Shelton* in denying the motion for appointed counsel after a representation by the government that the prosecution would not request incarceration, a suspended sentence, or a period of probation.

The defendant in this matter is not entitled to appointed counsel.  The Magistrate Judge's determination to that effect is AFFIRMED and the Clerk is directed to dismiss this appeal.

> */s/ Douglas P. Woodlock*
> DOUGLAS P. WOODLOCK
> UNITED STATES DISTRICT JUDGE